UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) )  3:09-md-02100-DRH-PMF ) ) MDL No. 2100 ) |

**This Document Relates To:**

*Christalyn Brink v. Bayer Pharma AG, et al.*      No. 3:11-cv-13522-DRH

*Terri Fortney, et al. v. Bayer Pharma AG, et al.*      No. 3:11-cv-13277-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on July 25, 2013, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:   /s/*Sara Jennings*
Deputy Clerk

Dated:  July 30, 2013

Digitally signed by
David R. Herndon
Date: 2013.07.30
10:12:37 -05'00'

APPROVED:
   CHIEF JUDGE
   U. S. DISTRICT COURT